# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
7/13/99
PURSUANT TO FRCP RULES 58 & 79a

GERARDO HEREDIA_NAVARRO, et al.
  Plaintiffs,

v.

JORGE L. GONZALEZ-OTERO;
MUNICIPALITY OF JAYUYA
  Defendants.

Civil No. 97-1733 (HL)

## JUDGMENT

This action came for jury trial before the Court on June 9-14, 1999.

At the conclusion of plaintiffs' case, the Court dismissed the complaint as to coplaintiffs Angeles Martínez, Juan Irizarry, and Israel Rosario upon motion of their counsel.

At the conclusion of defendants' case, the Court dismissed the claims of coplaintiff Wanda Rivera without prejudice upon motion of her counsel.

Thereafter, after the conclusion of defendants' case, a verdict was reached by the jurors in favor of defendants, awarding no damages to plaintiffs.

Wherefore, it is

ORDERED AND ADJUDGED that this action be and it is hereby dismissed as to all codefendants.

IT IS SO ORDERED,
San Juan, Puerto Rico
July 12, 1999

HECTOR M. LAFFITTE
Chief United States District Judge

JUL 1 3 1999

AO 72A
(Rev.8/82)